[Opinion delivered January 9, 1886.]

---

[No. 1834.]

### Guillermo Curiel *v.* The State.

JURY LAW.—THE TRANSCRIPT must show affirmatively that the jurors trying the case were sworn. Otherwise a conviction cannot stand.

APPEAL from the District Court of Starr. Tried below before the Hon. J. C. Russell.

The conviction in this case was for an assault with intent to murder one Vidal Flores, in Starr county, Texas, on the 11th day of January, 1885. The penalty imposed was a term of two years in the penitentiary.

No brief for the appellant.

*J. H. Burts*, Assistant Attorney-General, for the State.

WILLSON, JUDGE. It not appearing from the record that the jurors who tried the case were sworn as such, the conviction cannot be permitted to stand. (*Dresch* v. *The State*, 14 Texas Ct. App., 175; *McHenry* v. *The State*, id., 209; *Howard* v. *The State*, 13 Texas Ct. App., 612, and numerous cases therein cited.)

The judgment is therefore reversed and the cause remanded.

*Reversed and remanded.*